## 33434. ADERHOLD v. JOHNSON.

PER CURIAM.
The trial court refused to hold the appellant husband's former wife in wilful contempt for failure to allow "reasonable visitation," and held the husband in contempt for failure to pay child support. We find no error.
*Judgment affirmed. All the Justices concur.*

ARGUED APRIL 11, 1978 — DECIDED APRIL 27, 1978.

*Torin D. Togut,* for appellant.